## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50015-1 | **DATE** | March 18, 2008 |
| **CASE TITLE** | USA VS CHRISTINA M. LEVISKAS | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDINGS

**DOCKET ENTRY:**

The Grand Jury for the December 2006 Session, a quorum being present, returns the above-entitled indictment in open Court this date before
HONORABLE JUDGE P. MICHAEL MAHONEY
Arraignment and plea set for March 21, 2008 at 11:00 am.
The clerk's office is directed to issue a notice to appear.

Grand Jury for the December 2006 Session,

By: _____ Foreperson.

United States Attorney: Scott Verseman

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | |
|---|---|---|
| ☐ | No notices required, advised in open court. | |
| ☐ | No notices required. | number of notices |
| ☐ | Notices mailed by judge's staff. | |
| ☐ | Notified counsel by telephone. | date docketed |
| ✓ | Docketing to mail notices. | |
| ☐ | Mail AO 450 form. | docketing deputy initials |
| ☐ | Copy to judge/magistrate judge. | |
| GG | courtroom deputy's initials | date mailed notice |
| | Date/time received in central Clerk's Office | mailing deputy initials |

FILED MAR 18 2008 MAGISTRATE JUDGE P. MICHAEL MAHONEY United States District Court

Document Number