## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50015 - 1 | **DATE** | 3/21/2008 |
| **CASE TITLE** | USA vs. CHRISTINA LEVISKAS | | |

**DOCKET ENTRY TEXT:**

Arraignment/initial appearance proceedings held. Defendant appears in response to notice. Court appoints Paul Gaziano as counsel. Defendant enters plea of not guilty to indictment. Defendant informed of rights. Financial affidavit due March 28, 2008. 16.1 conference to be held by April 4, 2008. Defendant's oral motion for time to May 16, 2008 to file pretrial motions is granted. USA's oral motion for the time of March 21, 2008 to and including May 16, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for May 16, 2008 at 11:00 am. Detention hearing held. Enter order setting conditions of release.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|

Case 3:08-cr-50015    Document 4    Filed 03/21/2008    Page 1 of 1

08CR50015 - 1 USA vs. CHRISTINA LEVISKAS    Page 1 of 1