# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

(Rev 5/00)

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF _____ VS. _____ FOR _____ AT _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): **CHRISTINA M. LEVISKAS**

CHARGE/OFFENSE (describe if applicable & check box): ☒ Felony  ☐ Misdemeanor

FILED APR 0 9 2008
CLERK, U.S. DISTRICT COURT

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: _____
District Court: **08 CR 50015**
Court of Appeals: _____

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: **ACOSTA AND BDS MARKETING (MERCHANDISER)**
- IF YES, how much do you earn per month? $ **≈ 1000.00**
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- RECEIVED: **$128.40/wk**  SOURCES: **CHILD SUPPORT**

**CASH**
- Have you any cash on hand or money in savings or checking account? ☒ Yes ☐ No  IF YES, state total amount $ **>$50**

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ SEPARATED OR DIVORCED
- Total No. of Dependents: **2**

**DEBTS & MONTHLY BILLS**

| Creditors | Total | Monthly Payt. |
|---|---|---|
| VEHICLE | $251.00 | → |
| GROCERIES/UTILITIES | $700.00 | → |
| MEDICAL BILLS | $11,000.00 | 0 |
| IRS | $13,000.00 | 0 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **04/07/08**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): *Christina M. Leviskas*