IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 08 CR 50015 |
| | ) | |
| | ) | Judge P. Michael Mahoney |
| CHRISTINA LEVISKAS | ) | |

**MOTION TO CONTINUE STATUS**

Comes now, Christina Leviskas by Federal Defender Program, Terence F. MacCarthy, Executive Director and Paul E. Gaziano, one of his assistants and moves this Honorable Court to enter an order continuing the status hearing previously set in this cause and in support, states:

1. This matter is set for a Status Hearing on August 6, 2008 at 11:15 a.m.

2. That defense counsel has learned that Ms. Leviskas is scheduled to have surgery performed on July 29, 2008 at University of Wisconsin Hospital and Clinics.

3. In a communication received by counsel for Ms. Leviskas, it is opined that Ms. Leviskas will be off work for at least 2 weeks and that she has a post operation appointment on August 15, 2008.

4. That defense counsel has been authorized by Ms. Leviskas to seek a continuance of the Status appearance previously set to a date past August 15, 2008 and to move for the extension of time to file pre-trial motions to the date set by this Honorable Court.  Ms. Leviskas is aware that the

    Government may seek to exclude from the Speedy Trial calculation the time between August 6, 2008 to the new date set and offers no objections to that motion.

5. That defense counsel has spoken with the pre-trial Officer of this Court and she indicated that Ms. Leviskas has been fully compliant with all terms of her pre-trial release.

6. Defense counsel has spoken with AUSA Verseman who has no objection to the granting of this motion.

  Wherefore Defendant prays that this Honorable Court enter an order continuing the status hearing previously set in this case.

  Dated at Rockford, Illinois on July 31, 2008.

                Respectfully submitted,
                Terence F. MacCarthy
                CHRISTINA LEVISKAS, Defendant


                By____/s/_____
                 Paul E. Gaziano
                 Attorney for Defendant

FEDERAL DEFENDER PROGRAM
202 W. State Street Suite 600
Rockford, IL 61101
(815) 961-0800
(815) 961-0813 (fax)

## NOTICE OF FILING

TO: Mr. Scott Verseman
     Assistant U.S. Attorney
     308 West State Street, Suite 300
     Rockford, IL 61101

**PLEASE TAKE NOTICE** that I have this 31st day of July, 2008, caused to be filed in the Office of the United States District Court, Northern District of Illinois, Western Division, via E-File the Motion to Continue Status in the above entitled cause and hereby serve you with a copy of same.

_____/s/_____

PAUL E. GAZIANO
FEDERAL DEFENDER PROGRAM
202 W. State Street - Suite 600
Rockford, IL 61101
(815) 961-0800


## PROOF OF SERVICE

STATE OF ILLINOIS    )
                               ) SS.
COUNTY OF WINNEBAGO    )

The undersigned, being first duly sworn on oath, deposes and says that he served the Motion and this Notice upon the above via E-File on the 31st day of July, 2008.

_____/s/Paul E. Gaziano

**SUBSCRIBED** AND SWORN to before
me this 31st day of July, 2008.

___/s/Karen A. Lemke_____
Notary Public

# UWHealth
University of Wisconsin
Hospital and Clinics

## University Hospital and Clinics

DATE _July 29, 2008_

TO WHOM IT MAY CONCERN

_Christian Lewisbey_ had an appointment today in the _Orthopedic_ Clinic at _1 pm_ (time) with Dr. _Illgen / Jill Guenther PAC_

He/she may return to school/work on ~~_____~~ (date)

Restrictions (if any): _She is having surgery on 7/30/08. Will be off work 1st two weeks. We will reassess work status at her clinic visit 2 wks following surgery._

_[signature]_ M.D.
PAC

UWH #3048 (7/00)

# UWHealth
University of Wisconsin
Hospital and Clinics
uwhealth.org

## Appointment Information

Name HEISTUMA                           MR Number 2447093

| Orthopedic Clinic |
| 263-7540 |

Day of week and date  Fri 8/15/08

Appointment time  11:30

Provider  Illgen

Please call (608) 263-8580 or (800) 323-8942 if you cannot keep this appointment.

Please arrive 30 minutes before your appointment time to sign in for your visit.
Please bring this appointment card along with the following: insurance card, HMO referral, X-rays, lab test results, a list of your medications and a method (cash, check or credit card) to pay any co-pays associated with your visit.

☐ See additional appointments on back.

### Finding your way

For Main Street destinations, follow the signs that lead to Main Street. On the second floor (the level you came in on) to the colored elevator bank. Then take the elevator to your desired floor.

For Atrium destinations, follow Main Street on the second floor to the Towne Square. From here, follow signs for Atrium Way. Inside the Atrium, follow signs for your destination, or take the Atrium elevators to the back.