## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50015 - 1 | **DATE** | 8/4/2008 |
| **CASE TITLE** | USA vs. CHRISTINA LEVISKAS | | |

**DOCKET ENTRY TEXT:**

Defendant's motion to continue status is granted. Status hearing reset for August 20, 2008 at 11:00 am.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | GG |
|---|---|---|