IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 08 CR 50015 |
| | ) | |
| | ) | Judge P. Michael Mahoney |
| CHRISTINA LEVISKAS | ) | |

### MOTION TO EXCUSE PRESENCE OF DEFENDANT

Comes now, Christina Leviskas by Federal Defender Program, Terence F. MacCarthy, Executive Director and Paul E. Gaziano, one of his assistants and moves this Honorable Court to enter an order excusing the presence of Ms. Leviskas at the status hearing previously set in this cause and in support, states:

1. This matter is set for a Status Hearing on August 20, 2008.

2. That Ms. Leviskas had surgery performed on July 29, 2008 at University of Wisconsin Hospital and Clinics.

3. In a communication received by counsel, Ms. Leviskas' Doctor opines that she is unable to attend court on August 20, 2007.

4. That defense counsel has been authorized by Ms. Leviskas to seek to have her presence excused from that Status Hearing. That defense counsel will seek an extension of time in which to file pre-trial motions on behalf of Ms. Leviskas. Ms. Leviskas is aware that the Government may seek to exclude from the Speedy Trial calculation the time between August 6, 2008 to the new date set and offers no objections to that motion.

5. That defense counsel has spoken with the pre-trial Officer of this Court and she indicated that Ms. Leviskas has been fully compliant with all terms of her pre-trial release.

6. Defense counsel has spoken with AUSA Verseman who has no objection to the granting of this motion.

Wherefore Defendant prays that this Honorable Court enter an order excusing Ms. Leviskas' presence at the status hearing of August 20, 2008 .
.

Dated at Rockford, Illinois on August 18, 2008.

                                              Respectfully submitted,
                                              Terence F. MacCarthy
                                              CHRISTINA LEVISKAS, Defendant


                                              By____/s/_____
                                                Paul E. Gaziano
                                                Attorney for Defendant

FEDERAL DEFENDER PROGRAM
202 W. State Street Suite 600
Rockford, IL 61101
(815) 961-0800
(815) 961-0813 (fax)

## NOTICE OF FILING

TO:   Mr. Scott Verseman
       Assistant U.S. Attorney
       308 West State Street, Suite 300
       Rockford, IL  61101

**PLEASE TAKE NOTICE** that I have this 18th day of August, 2008, caused to be filed in the Office of the United States District Court, Northern District of Illinois, Western Division, via E-File the Motion to Continue Status in the above entitled cause and hereby serve you with a copy of same.

_____/s/_____

PAUL E. GAZIANO
FEDERAL DEFENDER PROGRAM
202 W. State Street - Suite 600
Rockford, IL 61101
(815) 961-0800

## PROOF OF SERVICE

STATE OF ILLINOIS            )
                             ) SS.
COUNTY OF WINNEBAGO          )

   The undersigned, being first duly sworn on oath, deposes and says that he served the Motion and this Notice upon the above via E-File on the 18th day of August, 2008.

_____/s/Paul E. Gaziano

**SUBSCRIBED** AND SWORN to before me this 18th day of August, 2008.

_/s/ Brad Stallings_____
Notary Public

Case 3:08-cr-50015    Document 16    Filed 08/18/2008    Page 4 of 4